

FILED

JAN 0 3 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **23 CR 010 GKF** |
| Plaintiff, | |
| v. | INDICTMENT |
| DESIREE ROCHELLE WOFFORD, | [18 U.S.C. §§ 1151 and 1153; 21 O.S. § 843.5(C) – Child Neglect in Indian Country] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

From on or about August 15, 2022, to on or about September 30, 2022, within Indian Country in the Northern District of Oklahoma, the defendant, **DESIREE ROCHELLE WOFFORD**, an Indian responsible for the health, safety, and welfare of K.C., a child under the age of 18 years known to the Grand Jury, willfully and maliciously failed and omitted to provide adequate nurturance and affection, food, clothing, shelter, sanitation, hygiene, and appropriate education, medical, dental, and behavioral health care, supervision and appropriate caretakers, and special care made necessary by the physical and mental condition of the child.

All in violation of Title 18, United States Code, Sections 1151 and 1153; Title 21, Oklahoma Statutes, Section 843.5(C).

CLINTON J. JOHNSON
United States Attorney

_____
ADAM C. BAILEY
Assistant United States Attorney

A TRUE BILL

 */s/ Grand Jury Foreperson*
Grand Jury Foreperson